Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 3 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

CAPPUCCINO McCOLLOUGH,

　　　　　Defendant.

2:21-CR-106-RMP

INDICTMENT

Vio:　26 U.S.C. §§ 5861(d), 5871
　　　Possession of an Unregistered
　　　Firearm

　　　49 U.S.C. § 80303, 26 U.S.C.
　　　§ 5872 and 28 U.S.C. § 2461
　　　Forfeiture Allegations

The Grand Jury charges:

On or about October 3, 2018, in the Eastern District of Washington, the Defendant, CAPPUCCINO McCOLLOUGH, knowingly possessed a firearm, as defined in 26 U.S.C. § 5845(a) and (f), to wit, a pipe bomb, which had not been registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d), 5871.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense in violation of 26 U.S.C. § 5861, as set forth in this

INDICTMENT – 1

Indictment, the Defendant, CAPPUCCINO McCOLLOUGH, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense.

DATED this 3 day of August 2021.

A TRUE BILL

_____
Joseph H. Harrington
Acting United States Attorney

_____
David M. Herzog
Assistant United States Attorney

INDICTMENT – 2